# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **3M INNOVATIVE PROPERTIES COMPANY** and **3M COMPANY**,<br><br>Plaintiffs,<br><br>v.<br><br>**GOJO INDUSTRIES, INC.,**<br><br>Defendant. | Civil No. : 10-cv-215 ADM-JSM<br><br>NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

TAKE NOTICE that Plaintiffs 3M Innovative Properties Company and 3M Company dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 12, 2010  **FAEGRE & BENSON LLP**

*s/ Christopher J. Burrell*
David J.F. Gross (No. 208772)
James W. Poradek (No. 290488)
Theodore M. Budd (No. 314778)
Christopher J. Burrell (No. 386475)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: dgross@faegre.com;
jporadek@faegre.com;
tbudd@faegre.com:
cburrell@faegre.com

Kevin H. Rhodes (No. 0318115)
**3M INNOVATIVE PROPERTIES COMPANY**
3M Center
P.O. Box 33427
Saint Paul, MN 55144
Telephone: (651) 736-4533
Fax: (651) 737-2948
Email: krhodes@mmm.com

*Attorneys for Plaintiffs 3M Innovative Properties Company and 3M Company*

fb.us.4986686.01